IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TERRY WAYNE HENSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:22-cv-1275-JDB-jay |
| HILTON HALL, JR., | ) |
| Respondent. | ) |

ORDER DIRECTING PETITIONER TO FILE AN *IN FORMA PAUPERIS*
AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR
PAY $5.00 HABEAS FILING FEE

On December 12, 2022, Petitioner, Terry Wayne Henson, Tennessee Department of Correction prisoner number 253540, who is currently incarcerated at the Hardeman County Correctional Facility in Whiteville, Tennessee, filed a *pro se* petition pursuant to 28 U.S.C. § 2254. (Docket Entry ("D.E.") 1.) However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed *in forma pauperis* and a copy of his inmate trust account statement.

Accordingly, Petitioner is ORDERED to submit, within 30 days after the date of this order, either the $5.00 habeas filing fee or a properly completed and executed application to proceed *in forma pauperis,* along with a copy of his current inmate trust account statement for the last six months.[1]  The Clerk is DIRECTED to mail Petitioner a copy of the prisoner *in forma pauperis* affidavit form along with this order.

---

[1] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed *in forma pauperis* will be denied.

Failure to comply with this order in a timely manner will result in dismissal of the petition without further notice pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

IT IS SO ORDERED, this 14th day of December 2022.

s/ J. DANIEL BREEN<br>
UNITED STATES DISTRICT JUDGE